**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DELFINA SOTO-SOTO,
*Petitioner*,

v.

MERRICK B. GARLAND, Attorney General,
*Respondent.*

No. 20-70587

Agency No.
A209-406-355

ORDER

Filed November 18, 2021

Before:  J. Clifford Wallace and Milan D. Smith, Jr.,
Circuit Judges, and Jane A. Restani,* Judge.

## ORDER

A judge sua sponte requested a vote on whether to rehear this matter en banc.  The matter failed to receive a majority of votes of the non-recused active judges in favor of en banc consideration.  *See* Fed. R. App. P. 35.

Rehearing en banc is **DENIED**.

---

* The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.